**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
BRIGHTMARK PLASTICS RENEWAL INDIANA LLC
(CASE NO. 25-10473)**

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789).  The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS**
**AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements (the "Global Notes") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

## I.      Notes Applicable to all Schedules and Statements

**Note 1: Reporting Date**.  All asset and liability information, except where otherwise noted, is provided as of March 16, 2025 (the "Petition Date").

**Note 2: Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Note 3: Signatory**.  Craig R. Jalbert has signed each set of Schedules and Statements.  Mr. Jalbert serves as Chief Restructuring Officer of the Debtors, and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Jalbert has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Jalbert has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements, or upon the merits of the Schedules and Statements.

**Note 5: Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.

**Note 6: Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 7: Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Confidential Information**.  There are instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as addresses of individuals.  The redactions are limited to only what is necessary to protect the Debtors or the applicable third party.  This approach is also consistent with the relief granted by the Court pursuant to the *Order (I) Authorizing Redaction of Certain Personally Identifying Information in the Consolidated List of Creditors and Other Filings and (II) Granting Related Relief* [Docket No. 38].

**Note 9: Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 10: Claim Designation**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

**Note 11: Fiscal Year**.  Each Debtor's fiscal year ends on December 31.

**Note 12: Taxes**.  The Debtors are disregarded entities for federal and state income tax purposes.  As such, they do not file separate returns.  Property and sales tax returns are filed at the Debtor level as applicable.

**Notes 13: Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such known leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**Note 14: Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Note 15: Unknown Amounts.**  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

**Note 16: Credits and Adjustments**.  The claims of individual creditors for, among other things,

goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 17: Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 of the Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Note 18: Payments**.  Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief* [Docket No. 16] (the "Cash Management Motion")).  Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 19: 401(k)**.  As further described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing all Banks to Honor Prepetition Employee Obligations; and (III) Granting Related Relief* [Docket No. 17], the Debtors provide a 401(k)-retirement savings plan (the "401(k) Plan") for eligible employees. The 401(k) Plan is sponsored by Jackson Healthcare Group, a non-Debtor affiliate. Although all employees are employed by Debtor Brightmark Plastics Renewal Services LLC, payments made and liabilities on behalf of the 401(k) Plan are reflected in the Schedules and Statements of multiple Debtors.

**Note 20: Reservation of Rights**.  In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the

Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary, to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

II.     <u>Notes to Schedules of Assets and Liabilities</u>

1.      *Schedule A/B – Assets*.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date, unless otherwise noted.

*Schedule A/B, Part 1 – Cash*.  The cash and cash equivalents listed in the Schedules reflect values as of the Petition Date.

*Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.*  Balances for raw materials, work in progress, and/or finished goods are based on inventory schedules, calculated as of the Petition Date.

*Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles*.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Unless otherwise indicated, owned property and equipment are listed at net book value.

*Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles*.  Despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may have not listed all of their machinery, equipment, rolling stock, and/or vehicles on Schedule A/B, Part 8.  The Debtors reserve the right to amend and supplement the Schedules if any such additional assets are identified.

*Schedule A/B, Part 9 – Real Property*.  Real property values provided for in Schedule A/B, Part 9 are the net book values listed in the Debtors' books and records as of the Petition Date.

2.      *Schedule D – Creditors Who Have Claims Secured by Property*.  Except where otherwise noted, the value of all secured liabilities listed on Schedule D are calculated as of the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.  Finally,

5

although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt, only administrative agents and indenture trustees have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

The descriptions provided in Schedule D are intended only to be a summary. Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions and priority of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Craig R. Jalbert in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 25] (the "First Day Declaration"). Furthermore, in addition to the First Day Declaration, reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or inchoate judgment or statutory lien rights. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.    ***Schedule E/F – Creditors Who Have Unsecured Claims***. Except where otherwise noted, the value of all unsecured liabilities listed on Schedule E/F are calculated as of the Petition Date.

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. Some of the scheduled liabilities may be unknown, contingent and/or unliquidated at this time. In such cases, the amounts may be listed as "unknown." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims***. The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders"). As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities***. The Debtors may have potentially excluded certain categories of liabilities from the Schedules and Statements, such as liabilities owing to employees and

consultants.  The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Other immaterial liabilities may also have been excluded.

*Part 1 – Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief* [Docket No. 113] (the "Final Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business.  Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.  The Debtors believe that such claims have been or will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Final Employee Wage Order or other order that may be entered by the Bankruptcy Court.  Accordingly, certain of such claims have been excluded from Schedule E/F, Part 1.

*Part 2 – Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed in Schedule E/F.

In addition to nonpriority unsecured claims by third-party claimants, intercompany payables between and among the Debtors and non-Debtor affiliates are also reported on Schedule E/F, Part 2.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the

Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

4.    ***Schedule G – Executory Contracts and Unexpired Leases***. Although the Debtors have made reasonable efforts to attribute an executory contract or unexpired lease to the applicable Debtor counterparty on Schedule G, review is ongoing and inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.  The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

5.    ***Schedule H – Co-Debtors***.  For purposes of Schedule H, the Debtors have not listed any litigation-related co-debtors on Schedule H.  Instead, all such listings can be found on Schedules E/F, if any.  The Debtors have listed only the counterparties that are subject to a guaranty related to the co-Debtors.

The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

## III.    <u>Notes to Statements of Financial Affairs</u>

1.    ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue***.  Revenue has been provided from January 1, 2023 through the Petition Date.

2.    ***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors***.  The Debtors operate an integrated system of bank accounts to facilitate the collection and disbursement of funds as part of the Cash Management System.  The Debtors' responses to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by the Debtors from bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion.

For the purposes of these Statements, the Debtors used the Petition Date as the date of the information for the financial information provided.  The Debtors have responded to Question 3 in detailed format by listing each payment.  The response to Question 3, however, does not include transfers to the Debtors' bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

Certain directors, members, or executive officers of one Debtor may also be directors, members, or executive officers of another Debtor.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.  The amounts listed under Questions 3 and 4 reflect the gross

amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax or benefits withholdings.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities law, or with respect to any theories of liability or (2) any other purpose.

3.   ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***. Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) the Debtors' prepetition sale and marketing process, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition. Amounts listed reflect the total amounts paid to these respective firms, as bifurcating the specific restructuring activities would be administratively burdensome.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

4.   ***Statements, Part 11, Question 21 – Property Held for Another***. The Debtors have made reasonable efforts to identify and disclose property held for others in response to Question 21. Due to the complexities of the Debtors' businesses, however, these disclosures may or may not be accurate and complete. The Debtors intentionally did not include leased equipment in these disclosures, as the inclusion of which would be burdensome. The Debtors are obligated under various agreements, programs, and by applicable operative law to remit certain funds held for third parties and, to the extent necessary, have received authorization to do so under orders entered by the Bankruptcy Court including, without limitation, the Final Employee Wage Order. To the extent that any of the funds described above are held or paid for the benefit of third parties, such funds do not constitute property of the Debtor' estates, and the Debtors therefore have not included such amounts in their responses to Statement Question 21.

5.   ***Statements, Part 13, Question 25 – Businesses in which the Debtors Have an Interest***. The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.

6.    ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders***.   All such known disbursements have been listed in the response to Statements, Part 2, Question 4.

\* \* \* \* \*

**Fill in this information to identify the case:**

Debtor name   **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-10473**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................   $ _____1,066,039.25__

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $ _____5,274,624.08__

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $ _____6,340,663.33__

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $ _____178,448,331.50__

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____21,687.55__

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____3,063,967.82__

4.   Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b                                                                                   $ _____181,533,986.87__

| Fill in this information to identify the case: |
|---|

Debtor name  **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **25-10473**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking Account** | **4795** | **$13,943.11** |
| 3.2. | **UMB** | **Money Market Account** | **9533.1** | **$146,734.45** |
| 3.3. | **UMB** | **Money Market Account** | **9533.2** | **$4.20** |
| 3.4. | **UMB** | **Money Market Account** | **9533.3** | **$0.00** |
| 3.5. | **UMB** | **Money Market Account** | **9533.4** | **$11,697.64** |
| 3.6. | **UMB** | **Money Market Account** | **9533.5** | **$893,029.23** |

Debtor    **Brightmark Plastics Renewal Indiana LLC**                    Case number *(If known)*  **25-10473**
          Name

| 3.7. | UMB | Money Market Account | 9533.6 | $5,457.67 |
| 3.8. | UMB | Money Market Account | 9533.7 | $981.14 |
| 3.9. | UMB | Money Market Account | 9533.8 | $87.62 |
| 3.10. | UMB | Money Market Account | 9533.9 | $5,115.05 |
| 3.11. | UMB | Money Market Account | 9533.10 | $0.89 |
| 3.12. | UMB | Money Market Account | 9533.11 | $0.70 |
| 3.13. | UMB | Money Market Account | 9533.12 | $0.00 |
| 3.14. | UMB | Money Market Account | 9533.14 | $4.40 |
| 3.15. | UMB | Money Market Account | 9533.15 | $0.00 |
| 3.16. | UMB | Money Market Account | 9533.16 | $0.08 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | $1,077,056.18 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1. | Utility deposit - City of Auburn | $2,456.00 |
|---|---|---|

Debtor    **Brightmark Plastics Renewal Indiana LLC**　　　　　　Case number *(If known)*  **25-10473**
　　　　　<sub>Name</sub>

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　　Description, including name of holder of prepayment

| 8.1. | **Prepayment for Annual Software Users & Maintenance Fee Vision33** | $35,786.45 |
| 8.2. | **Prepayment for Emaintenance Yearly Licence Fee EMaint Enterprises** | $23,436.29 |
| 8.3. | **Prepayment on casualty insurance BKS Insurance Partners** | $52,856.15 |
| 8.4. | **Prepayment on liability insurance BKS Insurance Partners** | $2,135.72 |
| 8.5. | **Prepayment for retainer/professional services Verdolino & Lowey, PC** | $50,000.00 |
| 8.6. | **Prepayment for retainer/professional services Timothy J Bernlohr** | $17,500.00 |
| 8.7. | **Prepayment for retainer/professional services Omni Agent Solutions** | $50,000.00 |
| 8.8. | **Prepayment for retainer/professional services Potter Anderson & Corroon LLP** | $132,454.60 |

9.　　**Total of Part 2.**　　　　　　　　　　　　　　　　　　　　　　　| $366,625.21 |
　　　　Add lines 7 through 8. Copy the total to line 81.

**Part 3:**　**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　　**144,254.00**　-　　**0.00**　= ....　　| $144,254.00 |
　　　　　　　　　　　　　<sub>face amount</sub>　　　<sub>doubtful or uncollectible accounts</sub>

12.　　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　| $144,254.00 |
　　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**　**Investments**

13. **Does the debtor own any investments?**

Debtor    **Brightmark Plastics Renewal Indiana LLC**                Case number *(If known)* **25-10473**
       Name

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Plastic Feedstock stated at lower of cost or net realizable value | 12/17/2024 | $0.00 | Comparable sale | $83,094.49 |
| 20. | **Work in progress** WIP - Pellets stated at lower of cost or net realizable value | 12/17/2024 | $0.00 | Comparable sale | $220,161.12 |
| 21. | **Finished goods, including goods held for resale** Pyrolysis Oil (Untreated) stated at lower of cost or net realizable value | 1/3/2025 | $0.00 | Comparable sale | $247,162.00 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | | | | $550,417.61 |
|---|---|---|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     83,094.49    Valuation method   **Comparable sale**   Current Value    0.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Brightmark Plastics Renewal Indiana LLC**                              Case number *(If known)*  **25-10473**
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Conference Furniture** | $2,163.76 | | Unknown |
| 40. | Office fixtures<br>**Knoll Cubicle** | $3,142.39 | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Lanier Pass Doc Feeder** | $401.89 | | Unknown |
| | **Lanier IM 430 FB** | $453.65 | | Unknown |
| | **Lenovo ThinkStation** | $498.83 | | Unknown |
| | **SAP System** | $9,438.53 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                      **$0.00**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Ford 250 Pick Up Truck (F-250 XLT 4X4 Crew)** | $2,320.69 | | Unknown |

Debtor   **Brightmark Plastics Renewal Indiana LLC**                    Case number *(If known)* **25-10473**
　　　　　Name

| | | | |
|---|---|---|---|
| 47.2. | **2022 Ford Super Duty** | $41,654.15 | Unknown |
| 47.3. | **Forklifts - Leased** | Unknown | Unknown |

48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.　**Aircraft and accessories**

50.　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Spare Parts stated at cost** | $2,807,008.48 | Recent cost | $2,807,008.48 |
| **Feedstock Preparation System** | $50,554,974.26 | | Unknown |
| **PCS - Conversion Units (inc. pyrolizers)** | $63,835,751.02 | | Unknown |
| **PCS - Contact Coolers (inc. VMS)** | $20,448,983.96 | | Unknown |
| **FUS - Hydrogen Plants (SMR)** | $6,945,635.85 | | Unknown |
| **FUS - Tanks** | $27,170,350.20 | | Unknown |
| **FUS - Diesel and Naphtha (fractionator)** | $30,611,469.03 | | Unknown |
| **Tank Farm Modifications** | $517,175.17 | | Unknown |
| **Spare H2 Compressor** | $724,596.61 | | Unknown |
| **Spare - Catalysts** | $77,801.58 | | Unknown |
| **Lab Equipment - RGA or ICP** | $267,820.69 | | Unknown |
| **Safety Improvement in Warehouse Smoke Sensing** | $91,241.81 | | Unknown |
| **HSE CAPEX PROJECTS** | $394,473.94 | | Unknown |
| **Sanitary Reroute & Sampling** | $279,934.18 | | Unknown |
| **SIR Handling SIR 2.0 Costs & Valves** | $530,662.13 | | Unknown |
| **VMS Upgrade** | $1,750,132.73 | | Unknown |

Debtor    **Brightmark Plastics Renewal Indiana LLC**                     Case number *(If known)*  **25-10473**
          Name

| | | |
|---|---|---|
| **PCU Heater & Insulation** | **$292,685.21** | **Unknown** |
| **CIP-Hydrotreater** | **$37,088,037.98** | **Unknown** |
| **CIP- Indoor Dust Remediation - phase 2** | **$2,389.66** | **Unknown** |
| **CIP- Spare - FPS Equipment** | **$116,290.20** | **Unknown** |
| **CIP-North Slabber unit** | **$52,731.60** | **Unknown** |
| **CIP- Dewiring** | **$11,980.35** | **Unknown** |
| **CIP - FPS Floor Feed (FPSFlFeed, )** | **$91,066.61** | **Unknown** |
| **CIP - FPS Steinert Magnet Relocation (FPSMagRel, )** | **$45,616.92** | **Unknown** |
| **CIP - FPS Steinert Magnet Relocation (FPSMagRel, )** | **$45,616.92** | **Unknown** |
| **CIP- SIR Handling (conveyors, bins, tipper?) incl. SIR2.0 costs** | **$33,634.78** | **Unknown** |
| **CIP- DCC condenser and cooler spares.  (VMS system upgrades) incl. Salt dispersant** | **$770,186.62** | **Unknown** |
| **CIP-PCU Heater & Insulation improvements** | **$22,927.06** | **Unknown** |
| **CIP- PCU - Feed unit improvements (incl Adjustaplug)** | **$260,832.82** | **Unknown** |
| **CIP-Spare - PCS Equipment** | **$76,762.72** | **Unknown** |
| **CIP - PCU Vapor & Flare Replacement (FlareValve) (VaporFlare, )** | **$285,274.50** | **Unknown** |
| **CIP - PCU Steam Improvement (PCU StmImp, )** | **$320,283.01** | **Unknown** |
| **CIP - Pyoil Filter (PyoilFilt, )** | **$70,109.90** | **Unknown** |
| **CIP - SIR Exhaust (SIRExhaust, )** | **$58,683.45** | **Unknown** |
| **CIP - PCS Stirrer** | **$164,622.60** | **Unknown** |

Debtor **Brightmark Plastics Renewal Indiana LLC**
Name

Case number *(If known)* **25-10473**

| | | | |
|---|---|---|---|
| **CIP - Tank Farm Modifications** | $44,343.80 | | Unknown |
| **CIP - Spare H2 Compressor** | $2,500.00 | | Unknown |
| **CIP - FUS Catalyst (FUSCat, )** | $2,950.00 | | Unknown |
| **CIP - FGC Improvements** | $39,758.13 | | Unknown |
| **CIP - Hydrocarbon Waste Treatment Equipment** | $373,562.47 | | Unknown |
| **CIP Network Upgrades** | $154,561.18 | | Unknown |
| **CIP-FGC Improvements (inline spare Compressor, valves, repiping)** | $614,288.83 | | Unknown |
| **CIP - Flare Knockout Improvements (FlareKnock, ) (FlareKnock, )** | $75,739.92 | | Unknown |
| **CIP-Safety Showers** | $113,554.27 | | Unknown |
| **CIP- Emissions Monitoring (HSE) SQL, flowmeters, etc.** | $22,218.55 | | Unknown |
| **CIP - Sanitary Reroute_Sample_BI** | $26,177.88 | | Unknown |
| **CIP - Wastewater Modifications (Wastewater, ) (Wastewater, )** | $202,747.70 | | Unknown |
| **CIP - PCS Turnaround** | $23,121.86 | | Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $2,807,008.48 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

Debtor    **Brightmark Plastics Renewal Indiana LLC**                    Case number *(If known)* **25-10473**
          <sub>Name</sub>

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Acreage - Property Number 76-118-19004-00, located at 3240 W 800 S, Ashley IN 46705 stated at cost** | Wholly Owned | $1,066,039.25 | Recent cost | $1,066,039.25 |
| 55.2. **Leasehold interest in Warehouse: 620 W. 15th Street, Auburn, Indiana, 46706** | Leased | $169,131.17 | | Unknown |

56.   **Total of Part 9.**                                                                         | $1,066,039.25 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property<br>Proprietary Technology License from Brightmark Plastics Renewal Technologies LLC (f/k/a RES Polyflow LLC) dated April 10, 2019** | $3,352,912.18 | | Unknown |
| 65.   **Goodwill** | | | |

Debtor   **Brightmark Plastics Renewal Indiana LLC**                    Case number *(If known)* **25-10473**
_____
Name

66. **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**General Liability & Pollution policy expiring 5/15/2025**
**Business Auto policy expiring 5/15/2025**
**Workers' Compensation & Employer's Liability policy expiring 5/15/2025**
**Excess Liability policy expiring 5/15/2025**
**Commercial property and terrorism policy expiring 3/15/2026**

| | **Unknown** |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Insurance Premium Refund Receivable** | **$313,094.50** |
|---|---|

| **Flosource Inc Vendor Credit - Offset to Trade Payables** | **$14,017.56** |
|---|---|

Debtor    **Brightmark Plastics Renewal Indiana LLC**                     Case number *(If known)*  **25-10473**
_____Name_____

| | |
|---|---|
| **SGS North America Vendor Credit - Offset to Trade Payables** | **$1,213.55** |
| **Staples Advantage Vendor Credit - Offset to Trade Payables** | **$936.99** |

78.  **Total of Part 11.**                                                     **$329,262.60**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Brightmark Plastics Renewal Indiana LLC**            Case number *(If known)* **25-10473**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,077,056.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $366,625.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $144,254.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $550,417.61 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,807,008.48 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................> | | $1,066,039.25 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $329,262.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,274,624.08 | + 91b. $1,066,039.25 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,340,663.33 |

**Fill in this information to identify the case:**

Debtor name __**Brightmark Plastics Renewal Indiana LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**25-10473**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Auburn Real Estate Holdings, LLC**
Creditor's Name

**PO Box 348**
**Auburn, IN 46706**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**January 8, 2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Auburn warehouse with total lease liability of $175,098.49**

Describe the lien
**Warehouse Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | Unknown |
| --- | --- |

**2.2** **Brightmark Plastics Ashley HoldCo LLC**
Creditor's Name

**1725 Montgomery St**
**Floor 3**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**March 5, 2025**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All accounts and property, commercial tort claims and any and all collateral taken as a whole.**

Describe the lien
**Bridge Loan**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $5,847,681.30 | Unknown |
| --- | --- |

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | | Case number (if known) | **25-10473** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Hull Lift Truck** | | | **$650.20** | **Unknown** |

Creditor's Name

**22105 Elkhart E Blvd
Elkhart, IN 46514**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
September 9, 2024**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**4 leased forklifts with total lease liability of $210,596.09**

**Describe the lien**

**Equipment Lease**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **UMB Bank, N.A.** | | | **$172,600,000.00** | **Unknown** |

Creditor's Name

**as Trustee and Collateral Agent
204 North Robinson
Attention: Corporate Trust Department
Oklahoma City, OK 73120**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/10/2019**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All real and personal property, equipment and fixtures owned by the project company.**

**Describe the lien**

**Senior secured bond debt**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| **$178,448,331 .50** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor   **Brightmark Plastics Renewal Indiana LLC**                          Case number (if known)   **25-10473**
         Name

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Indiana Finance Authority**<br>**One North Capitol, Suite 900**<br>**Attn: Public Finance Director of the**<br>**State of Indiana**<br>**Indianapolis, IN 46204** | Line __2.4__ | |

**Fill in this information to identify the case:**

Debtor name      **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)      **25-10473**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **California State Board of Equalization**<br>**Legal Department, MIC:121**<br>**450 N St. P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Indiana Department of Revenue**<br>**P.O. Box 1028**<br>**Indianapolis, IN 46206-1028** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Steuben County Treasurer**
**317 South Wayne Street**
**Suite 2K**
**Angola, IN 46703**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,687.55** | **$0.00** |
|---|---|---|---|---|

**Unum Life Insurance Co of**
**America**
**P.O. Box 406946**
**Atlanta, GA 30384-6946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insurance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$352.97** |
|---|---|---|---|

**ACI Services Inc**
**125 Steubenville Ave**
**Cambridge, OH 43725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.00** |
|---|---|---|---|

**Alloway**
**1101 N Cole St**
**Lima, OH 45805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.94** |

**Amazon Capital Services**
**1200 12th Ave S, Ste 1200**
**Seattle, WA 98144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Classic Dumpster Service**
**1845 Newaygo Rd**
**Bailey, MI 49303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Communication Systems**
**P.O. Box 715**
**Brooklyn, OH 11230**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Fiber Services LLC**
**2400 Lake Park Dr SE, Ste 425**
**Smyrna, GA 30080**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Refining Group, Inc**
**77 N Kendall Ave**
**Bradford, PA 16701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Amex Nooter LLC**
**1160 Hamilton Ave**
**University Park, IL 60484**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,131.00** |

**Armstrong & Son Transportation Inc.**
**1004 Park Ave.**
**Auburn, IN 46706**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payables and accruals**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Arrow Fence Co**
318 Edgewood Ave
Ft Wayne, IN 46805

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$3,825.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Artek, Inc**
3311 Enterprise Rd
Ft Wayne, IN 46808

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12** | Nonpriority creditor's name and mailing address
**Ashley Muncipal Utilties**
PO Box 70
Ashley, IN 46705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$13,500.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Atagencer, LLC**
10988 Tanager Trl
Brecksville, OH 44141

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$408.88**

---

**3.14** | Nonpriority creditor's name and mailing address
**Auglaize County**
209 S Blackhoof St, Ste 102
Wapakoneta, OH 45895

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address
**AutomationDirect.com Inc**
3505 Hutchinson Rd
Cumming, GA 30040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**BBC Pump & Equipment Co Inc**
Sales Engineer
777 N Tibbs Ave
Indianapolis, IN 46222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payables and accruals**

Is the claim subject to offset? ■ No ☐ Yes

**$17,564.00**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number *(if known)* | **25-10473** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BMQ Enterprises Inc**
**Sales Department**
**209 Quality Ave, Ste 9**
**0**
**New Albany, IN 47150**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bondy Insulation Inc**
**6600 E 15 Mile**
**Sterling Heights, MI 48312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,677.55** |
|---|---|---|---|

**Boyle Services Inc**
**Sales Department**
**701 W 41st St**
**Tulsa, OK 74107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$271,476.71** |
|---|---|---|---|

**Brightmark LLC**
**1725 Montgomery St**
**Floor 3**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Intercompany debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$846,544.60** |
|---|---|---|---|

**Brightmark Plastics Renewal Services LLC**
**1725 Montgomery St**
**Floor 3**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Intercompany debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brooks Construction Co Inc**
**P.O. Box 9560**
**Ft Wayne, IN 46899**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,758.92** |
|---|---|---|---|

**Brushy Creek Industrial Solutions, LLC**
**2909 Graphic Pl**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Carper Farm Supply**
**P.O. Box 159**
**Ashley, IN 46705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,931.89**

---

**3.25** | Nonpriority creditor's name and mailing address

**Carper Pro Hardware**
**307 N Grand**
**Ashley, IN 46705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payables and accruals**

Is the claim subject to offset? ■ No ☐ Yes

**$2,473.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Cassidy Manning**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$3,653.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**CB&I LLC**
**915 n Eldridge Parkway**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payables and accruals**

Is the claim subject to offset? ■ No ☐ Yes

**$301,912.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**CBIZ**
**PO Box 95000-2288**
**Philadelphia, PA 19195-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,145.88**

---

**3.29** | Nonpriority creditor's name and mailing address

**CH Robinson Company Inc**
**P.O. Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30** | Nonpriority creditor's name and mailing address

**Chemcad LLC**
**Datacor Inc**
**25 Hanover Rd, Ste 300 B**
**0**
**Florham Park, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,809.00** |
|---|---|---|---|
| | **Colliers, Engineering & Design Inc** | ☐ Contingent | |
| | **101 Crawfords Corner Road** | ■ Unliquidated | |
| | **Suite 3400** | ☐ Disputed | |
| | **Holmdel, NJ 07733** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor accrual** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00** |
|---|---|---|---|
| | **Consolidated Mechanical Inc** | ☐ Contingent | |
| | **2900 Airpark Drive** | ■ Unliquidated | |
| | **Owensboro, KY 42301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor payables and accruals** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cooper Farms Inc** | ☐ Contingent | |
| | **3310 State Rte 49** | ■ Unliquidated | |
| | **Ft Recovery, OH 45846** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.00** |
|---|---|---|---|
| | **Cornerstone Controls Inc** | ☐ Contingent | |
| | **7131 E Kemper Rd** | ■ Unliquidated | |
| | **Cincinnati, OH 45249** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor accrual** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **CRI of Tennessee Inc** | ☐ Contingent | |
| | **4244 Turnersville Rd** | ■ Unliquidated | |
| | **Cedar Hill, TN 37032** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Crystal Laboratories Inc** | ☐ Contingent | |
| | **1201 Camden Ave SW** | ☐ Unliquidated | |
| | **Canton, OH 44706** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | **CS Xpress Trucking** | ☐ Contingent | |
| | **440 N Flint Road** | ☐ Unliquidated | |
| | **Angola, IN 46703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.38**

Nonpriority creditor's name and mailing address
**D&T Valve and Supply LLC**
**12502 Grayton Dr**
**Texas City, TX 77568**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payables and accruals__

Is the claim subject to offset? ■ No ☐ Yes

**$1,474.00**

---

**3.39**

Nonpriority creditor's name and mailing address
**Detector Electronics Corp**
**Det-Tronics**
**6901 W 110th St**
**0**
**Minneapolis, MN 55438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40**

Nonpriority creditor's name and mailing address
**DMJ Associates LLC**
**PO Box 304**
**Mentor, OH 44061-0304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$2,058.00**

---

**3.41**

Nonpriority creditor's name and mailing address
**E-Tank Ltd**
**3150 Millennium Blvd SE**
**Massillon, OH 44646**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

**3.42**

Nonpriority creditor's name and mailing address
**E2G, The Equity Engineering Group, Inc**
**20600 Chagrin Blvd**
**Suite 1200**
**Shaker Heights, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payavbles and accruals__

Is the claim subject to offset? ■ No ☐ Yes

**$48,200.00**

---

**3.43**

Nonpriority creditor's name and mailing address
**EDG Inc**
**3900 N Causeway Blvd, Ste 700**
**Metairie, LA 70002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

Nonpriority creditor's name and mailing address
**Enpro, Inc**
**121 South Lombard Road**
**Addison, IL 60101-3084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$13,816.00**

---

Debtor  **Brightmark Plastics Renewal Indiana LLC**    Case number (if known)  **25-10473**
　　　　　Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,407.00 |
|---|---|---|---|

**Envita Solutions, LLC**
**5400 W 86th St**
**Indianapolis, IN 46268**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor accrual__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,751.82 |
|---|---|---|---|

**Equistar Chemicals, LP**
**LyondellBasell Tower, Suite 300**
**1221 McKinney Street**
**Houston, TX 77010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accrued credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,101.00 |
|---|---|---|---|

**Faegre Drinker Biddle & Reath LLP**
**2200 Wells Fargo Ctr**
**90 S 7th St**
**Minneapolis, MN 55402-3901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,901.57 |
|---|---|---|---|

**Fastenal Co**
**2001 Theurer Blvd**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.00 |
|---|---|---|---|

**FCX Performance, Inc.**
**3000 E. 14th Ave**
**Columbus, IN 43219**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payables and accruals__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ferguson Enterprises, LLC**
**12500 Jefferson Ave**
**Newport News, VA 23602**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,289.44 |
|---|---|---|---|

**G&L Corp**
**3101 Brooklyn Ave**
**Ft Wayne, IN 46809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address

**George E. Booth Company, Inc**
**8202 W 10th Street**
**Indianapolis, IN 46214**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payables and accruals**

Is the claim subject to offset? ☑ No  ☐ Yes

**$12,802.00**

---

**3.53** | Nonpriority creditor's name and mailing address

**George Strekal**
**Address on File**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,771.44**

---

**3.54** | Nonpriority creditor's name and mailing address

**GFL Solid Waste Midwest LLC**
**26999 Central Park Blvd**
**Ste 200**
**Southfield, MI 48076**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No  ☐ Yes

**$22,500.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**GP Harmon Recycling LLC**
**GP Packaging & Cellulose Ops Holdings**
**133 Peachtree St NE**
**Atlanta, GA 30303**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.56** | Nonpriority creditor's name and mailing address

**Grainger**
**100 Grainger Pkwy**
**Lake Forest, IL 60045-5201**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,846.60**

---

**3.57** | Nonpriority creditor's name and mailing address

**Great Lakes Transport Solutions LLC**
**207 Commerce Dr, Ste 102**
**Amherst, NY 14228**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.58** | Nonpriority creditor's name and mailing address

**Heat Power Engineering, Inc**
**702 Incentive Dr**
**Fort Wayne, IN 46825**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payables and accruals**

Is the claim subject to offset? ☑ No  ☐ Yes

**$68,691.00**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**

Heco Inc
3509 S Burdick St
Kalamazoo, MI 49001

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60**

**Nonpriority creditor's name and mailing address**

Honeyville Metal, Inc

Topeka, IN 46571

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor accrual_

Is the claim subject to offset? ■ No ☐ Yes

**$4,232.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

Hydrocarbon Filtration LLC
107 B Shooting Club Road
Boerne, TX 78006

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor accrual_

Is the claim subject to offset? ■ No ☐ Yes

**$9,056.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

HZW Environmental Consultants
6105 Heisley Rd
Mentor, OH 44060

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor payable_

Is the claim subject to offset? ■ No ☐ Yes

**$904.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

Imet Corp
P.O. Box 470812
Cleveland, OH 44147

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor payables and accruals_

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

Industrial Applied Technologies
2381 W Stadium Blvd
Ann Arbor, MI 48103

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor payable_

Is the claim subject to offset? ■ No ☐ Yes

**$112,440.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

Ingersoll-Rand Industrial US Inc
Attn: Account Manager
525 Harbour Pl, Ste 600
Davidson, NC 28036

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**Intertech Products Inc**
906 W Hanley Rd
N Manchester, IN 46962

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$382.50**

---

**3.67** | Nonpriority creditor's name and mailing address
**IPS Resources LLC**
146 Dixie Highway
Rossford, OH 43460

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor accrual**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,129.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Iron Mountain Secure Shredding Inc**
1 Federal St, 7th Floor
Boston, MA 02110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor accrual**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,146.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**Ivan Ware & Son, LLC**
3401 Bashford Ave Court
Louisville, KY 40218

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.70** | Nonpriority creditor's name and mailing address
**Jeff Rosenzweig**
Address on File

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$127.47**

---

**3.71** | Nonpriority creditor's name and mailing address
**JICI Inc**
319 Pokagon Trl, Ste A
Angola, IN 46703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.72** | Nonpriority creditor's name and mailing address
**John Mellsworth Co**
aka JME
P.O. Box 240072
Milwaukee, WI 53224-9004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.98**

**John Roberts**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,096.00**

**Kammerer Design and Fabrication**
**2348 E Kammerer Rd**
**Kendallville, IN 46755**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00**

**Kendall Electric Inc**
**Sales Department**
**5101 S Sprinkle Rd**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kizer Energy Inc**
**16290 Katy Fwy, Ste 410**
**Houston, TX 77094**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Koorsen Fire & Security**
**Attn: Sandra Pierce-Wong**
**2719 N Arlington Ave**
**Indianapolis, IN 46218-3322**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,665.50**

**Krohne Inc**
**55 Cherry Hill Dr**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,813.00**

**Lakeland Electronics**
**1601 N Wayne St, Suite 107**
**Angola, IN 46703**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.53** |
|---|---|---|---|

**Lehigh Outfitters LLC**
**39 E Canal St**
**Nelsonville, OH 45764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.00** |
|---|---|---|---|

**Lewis Salvage Corp**
**P.O. Box 1785**
**Warsaw, IN 46581-1785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,037.27** |
|---|---|---|---|

**Linde Gas & Equipment Inc**
**Attn: Dave Swartz**
**1725 Edsall Ave**
**Ft Wayne, IN 46803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lower 48 Instruments LLC**
**936 S SR 741**
**Lebanon, OH 45036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,827.85** |
|---|---|---|---|

**Macallister Rentals Co**
**Attn: Scott Maser**
**2808 W Coliseum Blvd**
**Ft Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00** |
|---|---|---|---|

**Mascot Valves**
**23051 Green Oaks**
**New Caney, TX 77357**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,592.83** |
|---|---|---|---|

**Mcmaster-Carr**
**600 N County Line Rd**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

**3.87**

Nonpriority creditor's name and mailing address
**ML Johnson Company**
**4322 Mt Carmel Tobasco Rd**
**Cincinnati, OH 45244**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.88**

Nonpriority creditor's name and mailing address
**Motion Industries Inc**
**Sales Department**
**P.O. Box 98412**
**Chicago, IL 60693-8412**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,436.03**

---

**3.89**

Nonpriority creditor's name and mailing address
**MTR Machining Concept, Inc**
**2878 W 800 S**
**Ashley, IN 46705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payables and accruals__

Is the claim subject to offset? ■ No ☐ Yes

**$11,675.00**

---

**3.90**

Nonpriority creditor's name and mailing address
**Napa Auto Parts**
**812 N. Detroit St.**
**Warsaw, IN 46580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

**3.91**

Nonpriority creditor's name and mailing address
**National Compressor Services**
**10349 Industrial Road**
**Holland, OH 43528**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.92**

Nonpriority creditor's name and mailing address
**Natural Living Systems Ltd**
**dba Recyclable Materials Marketing**
**217 Terrace Hill St, Ste B10**
**Brantford, ON N3R 1G8**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

**$7,588.10**

---

**3.93**

Nonpriority creditor's name and mailing address
**NES Global NES Fircroft**
**One Memorial City Plaza**
**800 Gessner Dr, Suite 800**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payables and accruals__

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,222.80** |
|---|---|---|---|

**Nipsco**
P.O. Box 13007
Merrillville, IN 46411-3007

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nord Gear Corp**
**Sales Department**
800 Nord Dr
Waunakee, WI 53597

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Northeast Indiana Solid Waste Mgt Dist**
2320 W 800 S
Ashley, IN 46705

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nucor Insulated Panel Group**
1720 Lakepointe Dr Suite 101
Lewisville, TX 75057

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
|---|---|---|---|

**Occucare International**
**Lone Star Evaluations Inc**
321 W San Augustine
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$316.00** |
|---|---|---|---|

**Paragon Laboratories**
Lockbox 7272
P.O. Box 9438
Minneapolis, MN 55440-9438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
|---|---|---|---|

**Parkview Occupational Health Center, Inc**
P.O. Box 1450, NW 6476
Minneapolis, MN 55485-6476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$651.00** |
|---|---|---|---|

**Pellitteri Waste Systems Inc**
**7035 Raywood Rd**
**Monona, WI 53713**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor accrual**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,819.00** |
|---|---|---|---|

**Perfect Circle Recycling LLC**
**10355 Hartland Dr**
**Dimondale, MI 48821**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor accrual**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Plattco Corporation**
**7 White St**
**Plattsburgh, NY 12901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PRAB**
**Credit Manager**
**P.O. Box 2121**
**Kalamazoo, MI 49048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preferred Inc**
**6021 Highview Dr**
**Ft Wayne, IN 46818**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,935.46** |
|---|---|---|---|

**Price Automation LLC**
**Attn: Lance Price**
**205 W 700 S**
**Pleasant Lake, IN 46779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,371.00** |
|---|---|---|---|

**ProFlow Pumping Solutions**
**2850 W 139th Street**
**Blue Island, IL 60406**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor accrual**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brightmark Plastics Renewal Indiana LLC | Case number (if known) | 25-10473 |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,894.87**

Radwell International LLC
Sales Department
P.O. Box 419343
Boston, ME 02241-9343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$533.00**

Recycle Force
1255 Roosevelt Ave
Indianapolis, IN 46202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Republic Services of Indiana Trasportati
6231 MacBeth Road
Ft Wayne, IN 46809

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,047.00**

Rochem Americas Inc
426 30th Street
Hermosa Beach, CA 90254

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,938.50**

Ross Electrical Contracting LLC
1105 N 200 W
Angola, IN 46703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,175.00**

RTI Laboratories Inc
33080 Industrial
Livonia, MI 48150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,954.00**

Safety-Kleen Systems Inc
42 Longwater Dr/PO Box 9149
Norwell, MA 02061-9149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payables and accruals**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Brightmark Plastics Renewal Indiana LLC**
Name

Case number (if known) **25-10473**

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SES Environmental**
**Soil Exploration Services Inc**
**3807 Transportation Dr**
**Ft Wayne, IN 46818**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,878.88** |

**Shambaugh & Sons**
**7614 Opportunity Dr**
**Ft Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$985.18** |

**Shell Chemical LP**
**PO Box 3105**
**Houston, TX 77210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accrued credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,248.00** |

**South Shore Controls, Inc**
**9395 Pinecone Dr**
**Mentor, OH 44060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payables and accruals**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Spartan Chemical Co Inc**
**1110 Spartan Dr**
**Maumee, OH 43537**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,672.99** |

**Staples Advantage**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,755.83** |

**Steinert US Inc**
**Sales**
**285 Shorland Dr**
**Walton, KY 41094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513.03**

**Steinhoffer Scale Co, Inc**
**55645 Currant Rd**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,782.00**

**Steuben County REMC**
**P.O. Box 359**
**Angola, IN 46703-0359**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Strebig Construction Inc**
**520 W Jefferson Blvd**
**Ft Wayne, IN 46802**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Cincinnati Recycling & Reuse Hub**
**P.O. Box 58087**
**Cincinnati, OH 45258-0087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Witte Co., Inc**
**P.O. Box 47**
**507 Route 31 S**
**Washington, NJ 07882**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Thermo Electron North America LLC**
**1400 Northpoint Parkway**
**Suite 10**
**West Palm Beach, FL 33407-1976**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00**

**ThermoDyne**
**3709 Cassopolis St**
**Elkhart, IN 46514**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor accrual__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brightmark Plastics Renewal Indiana LLC | Case number (if known) | 25-10473 |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**Transmission & Fluid Equipment Inc**
Sales Department
6912 Trafalgar Dr
Ft Wayne, IN 46803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$24,189.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

**Triple C Services LLC**
120 W Depot St
PO Box 9
Hudson, IN 46747

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,750.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor accrual__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

**Uline**
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$393.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

**United Parcel Service**
aka UPS
P.O. Box 809488
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$83.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

**United Rentals**
8855 Byron Commerce Dr
Byron Center, MI 49315

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,198.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**Universal Combustion Corporation**
8312 S 75th East Ave
Tulsa, OK 74133

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**Valve Reconditioning Service Co**
17180 Fancis
Melvindale, MI 48122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brightmark Plastics Renewal Indiana LLC** | Case number (if known) | **25-10473** |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address**
**Vecoplan LLC**
**5708 Uwharrie Rd.**
**Archdale, NC 27263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor accrual**

Is the claim subject to offset? ■ No ☐ Yes

**$7,330.00**

---

**3.137** | **Nonpriority creditor's name and mailing address**
**Vision 33**
**6 Hughes, Ste 220**
**Irvine, CA 92618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Wagner-Meinert LLC**
**aka WMI**
**7671 Freedom Way**
**Ft Wayne, IN 46818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Waste Management Recycle America**
**800 Capital St., Suite 3000**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor payables and accruals**

Is the claim subject to offset? ■ No ☐ Yes

**$3,553.00**

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Waterloo Heavy Equipment**
**4723 US 6**
**Waterloo, IN 46793**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,789.57**

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Wayne Pipe & Supply, Inc**
**Sales Department**
**6400 Innovation Blvd**
**Ft Wayne, IN 46818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor payable**

Is the claim subject to offset? ■ No ☐ Yes

**$18.01**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Wildman Uniform and Linen**
**800 S. Buffalo St**
**Warsaw, IN 46580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor accrual**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

Debtor   **Brightmark Plastics Renewal Indiana LLC**                          Case number (if known)   **25-10473**
_____
Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Willscot Mobile Mini**
**Williams Scotsman Inc**
**4646 E Van Buren St**
**Phoenix, AZ 85008**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$547.11** |
|---|---|---|---|

**Zoro Tools, Inc**
**Zoro**
**909 Asbury Dr**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,200.00** |
|---|---|---|---|

**ZymeFlow Inc**
**12600 N Featherwood Drive Ste 330**
**Houston, TX 77034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 21,687.55 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,063,967.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 3,085,655.37 |

**Fill in this information to identify the case:**

Debtor name    **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10473**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest     **Offtake Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **A M Wax, Inc.**<br>**14381 Industry Circle**<br>**La Mirada, CA 90638** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **Power of Attorney**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ALARA Logistics / ALARA Trade LLC**<br>**19245 Kenswick Drive**<br>**Suite 900**<br>**Humble, TX 77338** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest     **Station Access Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Altom Transport, Inc.**<br>**1646 Summer St**<br>**Hammond, IN 46320** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest     **Equipment Lease Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aries Building Systems, LLC**<br>**17225 El Camino Real**<br>**Ste. 260**<br>**Houston, TX 77058** |

Debtor 1   **Brightmark Plastics Renewal Indiana LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **25-10473**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

**Agreement to Defend, Indemnify, and Hold Harmless**

State the term remaining

List the contract number of any government contract

**Ashley Police Department**
**500 S Gonser Ave**
**Ashley, IN 46705**

---

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

**Lease and Extension**

State the term remaining

List the contract number of any government contract

**Auburn Real Estate Holdings, LLC**
**PO Box 348**
**Auburn, IN 46706**

---

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

**Feedstock Supply Agreement**

State the term remaining

List the contract number of any government contract

**Biscayne National Park**
**9700 SW 328th St.**
**Homestead, FL 33033**

---

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest

**Engagement Agreement**

State the term remaining

List the contract number of any government contract

**BLX Group LLC**
**355 South Grand Ave**
**Suite 2700**
**Los Angeles, CA 90071**

---

**2.9.**  State what the contract or lease is for and the nature of the debtor's interest

**O&M Agreement**

State the term remaining

List the contract number of any government contract

**BME Polyfuel Services LLC**
**8584 Washington Street**
**#304**
**Chagrin Falls, OH 44023**

---

Debtor 1  **Brightmark Plastics Renewal Indiana LLC**                     Case number *(if known)*  **25-10473**
   First Name        Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Offtake Agreement and Amendments** | |
|---|---|---|---|
| | State the term remaining | | **BP Products North America Inc.**<br>**30 S. Wacker Drive**<br>**Suite 900**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement and Amendment** | |
|---|---|---|---|
| | State the term remaining | | **Bureau Veritas Commodities and Trade Inc**<br>**1601 Sawgrass Corporate Parkway**<br>**Suite 400**<br>**Fort Lauderdale, FL 33323** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cellmark**<br>**80 Washington St**<br>**Norwalk, CT 06854** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Software Contract** | |
|---|---|---|---|
| | State the term remaining | | **Chemcad LLC**<br>**25 Hanover Rd**<br>**Ste 300 B**<br>**Florham Park, NJ 07932** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cincinnati Recycling and Reuse Hub**<br>**P.O. Box 58087**<br>**Cincinnati, OH 45258-0087** |
| | List the contract number of any government contract | | |

Debtor 1   **Brightmark Plastics Renewal Indiana LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **25-10473**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation No. 2 d/b/a Cintas Fi** |
| | List the contract number of any government contract | | **P.O. Box 631025** **Cincinnati, OH 45263-1025** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Clean Planet Recycling, LLC** |
| | List the contract number of any government contract | | **1060 Hall Street SW** **Grand Rapids, MI 49503** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Closed Loop Solutions, LLC** |
| | List the contract number of any government contract | | **3556 Vine St.** **Cincinnati, OH 45220** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CohnReznick LLP** |
| | List the contract number of any government contract | | **11452 El Camino Real** **Suite 110** **San Diego, CA 92130-2080** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Colliers Engineering & Design, Inc.** |
| | List the contract number of any government contract | | **7050 W Saginaw Hwy** **#200** **Lansing, MI 48917** |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | Case number (*if known*) | **25-10473** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Columbia City Plastics, Inc.** |
| | List the contract number of any government contract | | **2540 South 600 East** **Columbia City, IN 46725** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DeKalb County Central United School Dist** |
| | List the contract number of any government contract | | **3326 County Road 427** **Waterloo, IN 46793** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DeKalb Molded Plastics** |
| | List the contract number of any government contract | | **550 W. Main Street** **Butler, IN 46721** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Equipment** | |
|---|---|---|---|
| | State the term remaining | | **DMJ Associates LLC** |
| | List the contract number of any government contract | | **5490 Lawnfield Dr** **Mentor on the Lake, OH 44060** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **EDG, Inc.** **3900 North Causeway Boulevard** |
| | List the contract number of any government contract | | **Suite 700** **Metairie, LA 70002** |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | Case number *(if known)* | **25-10473** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease Agreement**

State the term remaining

List the contract number of any government contract

**Enpro Inc.**
**121 S. Lombard Rd.**
**Addison, IL 60101**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Station Access Agreement**

State the term remaining

List the contract number of any government contract

**Enterprise Logistic Services LLC,**
**1100 Louisiana Street**
**10th Floor**
**Houston, TX 77002-5227**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**

State the term remaining

List the contract number of any government contract

**Fastenal Company**
**312 W Wendell Jacob Ave**
**Angola, IN 46703**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**

State the term remaining

List the contract number of any government contract

**GFL Environmental USA Inc.**
**26999 Central Park Blvd**
**Suite 200**
**Southfield, MI 48076-4145**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Feedstock Supply Agreement**

State the term remaining

List the contract number of any government contract

**Green Harvest VT, LLC**
**1052 Western Ave**
**Brattleboro, VT 05301**

---

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | | | Case number (*if known*) | **25-10473** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Harris Group, Inc.**<br>**503 Westlake Avenue North**<br>**Suite 400**<br>**Seattle, WA 98109** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Heritage Interactive Services, LLC**<br>**3719 W. 96th St.**<br>**Indianapolis, IN 46268** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement #1** | |
|---|---|---|---|
| | State the term remaining | | **Hull Lift Truck Inc**<br>**28747 Old US 33**<br>**Elkhart, IN 46516-1681** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement #2** | |
|---|---|---|---|
| | State the term remaining | | **Hull Lift Truck Inc**<br>**28747 Old US 33**<br>**Elkhart, IN 46516-1681** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hull Lift Truck Inc**<br>**28747 Old US 33**<br>**Elkhart, IN 46516-1681** |
| | List the contract number of any government contract | | |

Debtor 1   **Brightmark Plastics Renewal Indiana LLC**                          Case number (*if known*)   **25-10473**
_____
First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HZW Environmental  Consultants, LLC** |
| | List the contract number of any government contract | _____ | **6105 Heisley Road** |
| | | | **Mentor, OH 44060** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **iDeals Solutions Group** |
| | List the contract number of any government contract | _____ | **14 Wall Street** |
| | | | **20th Floor** |
| | | | **New York City, NY 10005** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Power Systems, Inc. (IPS)** |
| | List the contract number of any government contract | _____ | **146 Dixie Highway** |
| | | | **Rossford, OH 43460** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **MSA Work Order #1** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Power Systems, Inc. (IPS)** |
| | List the contract number of any government contract | _____ | **146 Dixie Highway** |
| | | | **Rossford, OH 43460** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **MSA Work Order #2** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Power Systems, Inc. (IPS)** |
| | List the contract number of any government contract | _____ | **146 Dixie Highway** |
| | | | **Rossford, OH 43460** |

Debtor 1  **Brightmark Plastics Renewal Indiana LLC**

First Name     Middle Name     Last Name

Case number (*if known*)  **25-10473**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Recyclers LLC** |
| | List the contract number of any government contract | | **2640 Campbell Road** **Sidney, OH 43565** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **iNET USA, LLC** |
| | List the contract number of any government contract | | **908 S. Clear Lake Drive** **Fremont, IN 46737** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Intertech Products Inc.** |
| | List the contract number of any government contract | | **906 Hanley Road** **North Manchester, IN 46962** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Iron Mountain Secure Shredding, Inc.** |
| | List the contract number of any government contract | | **One Federal St.** **Boston, MA 02110** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ivan Ware & Son, LLC** |
| | List the contract number of any government contract | | **3401 Bashford Ave Court** **Louisville, KY 40218** |

Debtor 1    **Brightmark Plastics Renewal Indiana LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **25-10473**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.45. State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement - Defunct Entity** |
| State the term remaining | **JJS Recycling Factory** |
| List the contract number of any government contract | **625 Conkey St**<br>**Hammond, IN 46324** |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **JK Property Investments, LLC** |
| List the contract number of any government contract | **319 Pokagon Trail**<br>**Suite A**<br>**Angola, IN 46703** |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest | **Station Access Agreement** |
| State the term remaining | **KAG Specialty Products Group, LLC** |
| List the contract number of any government contract | **4366 Mt. Pleasant St. NW**<br>**North Canton, OH 44720** |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Agreement** |
| State the term remaining | **Koorsen Fire & Security** |
| List the contract number of any government contract | **3505 Focus Drive**<br>**Fort Wayne, IN 46818** |
| 2.49. State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Service Agreement** |
| State the term remaining | **Lakeland Electronics** |
| List the contract number of any government contract | **1601 N Wayne St**<br>**Suite 107**<br>**Angola, IN 46703** |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | | Case number *(if known)* | **25-10473** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lewis Salvage Inc.** |
| | List the contract number of any government contract | | **PO Bow 1785** **Warsaw, IN 46581** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lone Star Evaluations, Inc. d/b/a Occuca** |
| | List the contract number of any government contract | | **321 W. San Augustine** **Deer Park, TX 77536** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Midwest Sanitation & Recycling** |
| | List the contract number of any government contract | | **815 W 10th Street** **Pella, IA 50219** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement - Defunct Entity** | |
|---|---|---|---|
| | State the term remaining | | **Mil-Tek Indiana RWS LLC** |
| | List the contract number of any government contract | | **11199 State Road 17** **Plymouth, IN 46563** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mossberg Industries Inc.** |
| | List the contract number of any government contract | | **204 North Second Street** **Garrett, IN 46738** |

Debtor 1   **Brightmark Plastics Renewal Indiana LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **25-10473**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Staffing Company Agreement** | |
|---|---|---|---|
| | State the term remaining | | **NES Global, LLC**<br>**800 Gessner**<br>**Suite 800**<br>**Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Northeast Indiana Solid Waste Management**<br>**2320 W 800 S**<br>**Ashley, IN 46705** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Northstar Recycling**<br>**PO Box 188**<br>**East Longmeadow, MA 01028** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Norton Engineering Consultants**<br>**277 Fairfield Rd**<br>**Ste 325**<br>**Fairfield, NJ 07004** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Parametrix**<br>**65 Centennial Loop**<br>**Suite B**<br>**Eugene, OR 97401** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | Case number (*if known*) | **25-10473** |
| | First Name          Middle Name          Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.60. State what the contract or lease is for and the nature of the debtor's interest **Feedstock Supply Agreement** State the term remaining List the contract number of any government contract | **Pellitteri Waste Systems Inc.** **P.O. Box 259426** **Madison, WI 53725** |
| 2.61. State what the contract or lease is for and the nature of the debtor's interest **Feedstock Supply Agreement** State the term remaining List the contract number of any government contract | **Pellitteri Waste Systems, Inc.** **P.O. Box 259426** **Madison, WI 53725** |
| 2.62. State what the contract or lease is for and the nature of the debtor's interest **Feedstock Supply Agreement** State the term remaining List the contract number of any government contract | **Perfect Circle Recycling** **10355 Hartland Dr.** **Dimondale, MI 48821** |
| 2.63. State what the contract or lease is for and the nature of the debtor's interest **Feedstock Supply Agreement** State the term remaining List the contract number of any government contract | **Plastico, LLC** **34 Loretto St** **Irvington, NJ 07111** |
| 2.64. State what the contract or lease is for and the nature of the debtor's interest **Consulting Agreement and Amendments** State the term remaining List the contract number of any government contract | **Price Automation, LLC** **205 W 700 S** **Pleasant Lake, IN 46779** |

Debtor 1  **Brightmark Plastics Renewal Indiana LLC**

First Name        Middle Name        Last Name

Case number *(if known)*  **25-10473**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Recycle Force** |
| | List the contract number of any government contract | | **816 N Sherman Dr**<br>**Indianapolis, IN 46201** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ReMM Group** |
| | List the contract number of any government contract | | **217 Terrace Hill St.**<br>**Suite B10**<br>**Brantford ON N3R 1G8**<br>**CANADA** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RES Polyflow LLC** |
| | List the contract number of any government contract | | **1725 Montgomery St**<br>**Floor 3**<br>**San Francisco, CA 94111** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Equipment (Disputed)** | |
|---|---|---|---|
| | State the term remaining | | **Rochem Americas Inc** |
| | List the contract number of any government contract | | **426 30th Street**<br>**Hermosa Beach, CA 90254** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **License Transfer Request** | |
|---|---|---|---|
| | State the term remaining | | **Rockwell** |
| | List the contract number of any government contract | | **1201 S 2nd St**<br>**Milwaukee, WI 53204-2410** |

Debtor 1  **Brightmark Plastics Renewal Indiana LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **25-10473**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Fire Protection Services)** | |
|---|---|---|---|
| | State the term remaining | | **Shambaugh & Son, L.P.** |
| | List the contract number of any government contract | | **7614 Opportunity Drive** **Fort Wayne, IN 46825** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shambaugh & Son, L.P.** |
| | List the contract number of any government contract | | **7614 Opportunity Drive** **Fort Wayne, IN 46825** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Equipment** | |
|---|---|---|---|
| | State the term remaining | | **South Shore Controls Inc** |
| | List the contract number of any government contract | | **9395 Pinecone Dr** **Mentor, OH 44060** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Steinhoffer Scale Co., Inc.** |
| | List the contract number of any government contract | | **55645 Currant Rd** **Mishawaka, IN 46545** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Investor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Steuben County Economic Development Corp** |
| | List the contract number of any government contract | | **903 S Wayne Street** **Angola, IN 46703** |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | | Case number (*if known*) | **25-10473** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Electric Power Line Easement Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steuben County Rural Electric Membership**<br>**1212 S. Wayne St.**<br>**Angola, IN 46703** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **The Fiber Resource Group, Inc.**<br>**61 Bacheller Street**<br>**Lynn, MA 01904** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **The Fort Wayne Downtown Economic Improve**<br>**904 S. Calhoun Street**<br>**Fort Wayne, IN 46802** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **The Scotts Company LLC**<br>**14111 Scottslawn Road**<br>**Marysville, OH 43040** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Special Warranty Deed** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Town of Ashley, Indiana**<br>**500 South Gosner Avenue**<br>**Ashley, IN 46705** |

Debtor 1  **Brightmark Plastics Renewal Indiana LLC**

First Name   Middle Name   Last Name

Case number (*if known*)  **25-10473**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Purchase Order - Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Triple C Services LLC** |
| | List the contract number of any government contract | | **120 W Depot St / PO Box 9**<br>**Hudson, IN 46747** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vecoplan** |
| | List the contract number of any government contract | | **5708 Uwharrie Rd.**<br>**Archdale, NC 27263** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Western Washtenaw Recycling Authority** |
| | List the contract number of any government contract | | **8025 Werkner Rd**<br>**Chelsea, MI 48118** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wildman Business Group** |
| | List the contract number of any government contract | | **800 S. Buffalo St.**<br>**Warsaw, IN 46580** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Williams Scotsman, Inc** |
| | List the contract number of any government contract | | **2301 S Holt Rd**<br>**Indianapolis, IN 46241** |

| Debtor 1 | **Brightmark Plastics Renewal Indiana LLC** | | Case number *(if known)* | **25-10473** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Feedstock Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wilmington Paper Corporation** |
| | List the contract number of any government contract | | **35 Waterview Blvd.** **Suite 302** **Parsippany, NJ 07054** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Workforce Inc. dba RecycleForce** |
| | List the contract number of any government contract | | **816 North Sherman Dr.** **Indianapolis, IN 46201** |

**Fill in this information to identify the case:**

Debtor name    **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10473**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Brightmark Plastics Renewal LLC** | **1725 Montgomery St Floor 3 San Francisco, CA 94111** | **Brightmark Plastics Ashley HoldCo LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Brightmark Plastics Renewal LLC** | **1725 Montgomery St Floor 3 San Francisco, CA 94111** | **UMB Bank, N.A.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Brightmark Plastics Renewal Services LLC** | **1725 Montgomery St Floor 3 San Francisco, CA 94111** | **Brightmark Plastics Ashley HoldCo LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Brightmark Plastics Renewal Indiana LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10473**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 18, 2025**

*X* **/s/ Craig R. Jalbert**
Signature of individual signing on behalf of debtor

**Craig R. Jalbert**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor